GUILFORD FIN. SERVS., LLC v. CITY OF BREVARD

[356 N.C. 655 (2003)]

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed and the case is remanded to the Court of Appeals for further remand to the Superior Court, Wake County, for proceedings not inconsistent with the dissenting opinion.

REVERSED AND REMANDED.

Justice BRADY did not participate in the consideration or decision of this case.

———————————

GUILFORD FINANCIAL SERVICES, LLC, PETITIONER v. THE CITY OF BREVARD, A MUNICIPAL CORPORATION, RESPONDENT

No. 295A02

(Filed 28 February 2003)

**Zoning— subdivision plat—compliance with ordinance and regulations—entitlement to approval**

The decision of the Court of Appeals in this case is reversed for the reasons stated in the dissenting opinion that a subdivision plat for affordable housing complied with a city's zoning ordinance and subdivision regulations, the city council's denial of the subdivision application was unsupported by competent, material and substantial evidence, and the applicant was entitled to approval of its subdivision plat.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 150 N.C. App. 1, 563 S.E.2d 27 (2002), vacating a judgment entered 2 November 2000 by Judge J. Marlene Hyatt in Superior Court, Transylvania County, and remanding the case with instructions. Heard in the Supreme Court 5 February 2003.

*Smith Moore LLP, by James G. Exum, Jr., and Robert R. Marcus; and Van Winkle, Buck, Wall, Starnes and Davis, P.A., by Craig D. Justus, for petitioner-appellant.*

*Ramsey, Hill, Smart, Ramsey & Pratt, P.A., by Michael K. Pratt; and James M. Kimzey, for respondent-appellee.*

**DOBO v. ZONING BD. OF ADJUST. OF THE CITY OF WILMINGTON**

[356 N.C. 656 (2003)]

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.

━━━━━━━━━━

G. WILLIAM DOBO AND WIFE, BARBARA B. DOBO, PETITIONERS v. ZONING BOARD OF ADJUSTMENT OF THE CITY OF WILMINGTON AND CITY OF WILMINGTON, RESPONDENTS

No. 256A02

(Filed 28 February 2003)

**Zoning— residential area—sawmill—accessory use**

The decision of the Court of Appeals in the case is reversed for the reason stated in the dissenting opinion that landowners' use of a sawmill on residentially zoned property for nonindustrial and nonmanufacturing purposes did not violate a city zoning ordinance but was a permitted accessory use.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 149 N.C. App. 701, 562 S.E.2d 108 (2002), affirming an order entered 5 October 2000 by Judge Stafford G. Bullock in Superior Court, New Hanover County. On 27 June 2002, the Supreme Court granted discretionary review of additional issues. Heard in the Supreme Court 4 February 2003.

*Kenneth A. Shanklin and Matthew A. Nichols for petitioner-appellants.*

*Thomas C. Pollard, City Attorney, and Dolores M. Williams, Assistant City Attorney, for respondent-appellees.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed and the case is remanded to the Court of Appeals for further remand to the Superior Court, New Hanover County, for proceedings not inconsistent with the dissenting opinion.

REVERSED AND REMANDED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.